No. 78–6435.   YOUNG, AKA CLOUDY v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 78–6436.   YOUNG, AKA CLOUDY v. GARRETTSON.   Sup. Ct. Ind.   Certiorari denied.

No. 78–6442.   BROWN v. BARRY, MAYOR OF WASHINGTON, D. C., ET AL.   Ct. App. D. C.   Certiorari denied.

No. 78–6452.   KINGSBURY v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 78–6494.   MORTON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 78–6498.   PEREZ-LOPEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–6499.   ROBINSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–6501.   FRANKLIN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–6506.   BATTLE v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY.   C. A. 6th Cir.   Certiorari denied.

No. 78–6507.   MURRELL v. McCARTER, TRUSTEE IN BANKRUPTCY.   C. A. 8th Cir.   Certiorari denied.

No. 78–6510.   GOFF v. HILTON, PRISON SUPERINTENDENT, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 78–6513.   YOUNG BUFFALO, AKA ZAUNER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–6520.   DAVIS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.